# Court of Appeals
# of the State of Georgia

ATLANTA,  September 21, 2023

*The Court of Appeals hereby passes the following order:*

## A24A0261. BENJAMIN SINCLAIR HOLLBERG, SR. v. SHIRLEY MORRISON HOLLBERG.

Benjamin Sinclair Hollberg, Sr., filed suit against Shirley Morrison Hollberg for alleged violations of the notary code of conduct. The trial court granted Shirley's motion for summary judgment, and Benjamin withdrew his subsequent appeal. See Case No. A23A1380 (May 16, 2023). On July 11, 2023, the trial court awarded Shirley attorney fees pursuant to OCGA § 9-15-14 (a) and (b), and Benjamin filed this direct appeal. We lack jurisdiction.

An application for discretionary appeal is required to seek review of an award of attorney fees under OCGA § 9-15-14 when the only judgment being appealed is the fee award. See OCGA § 5-6-35 (a) (10); *Capricorn Systems v. Godavarthy*, 253 Ga. App. 840, 841-842 (560 SE2d 730) (2002). Benjamin's failure to comply with the discretionary appeal procedure in seeking review of the OCGA § 9-15-14 award deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See *Capricorn Systems*, 253 Ga. App. at 842.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  09/21/2023*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*